■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEREMIAH JOHNSTON, Appellant. [847 NYS2d 893]—Appeal from a judgment of the Ontario County Court (Frederick G. Reed, J.), rendered May 17, 2006. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree and assault in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Gorski, Centra and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID L. BANKS, III, Appellant. [847 NYS2d 893]—Appeal from a judgment of the Monroe County Court (Richard A. Keenan, J.), rendered February 4, 2005. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Gorski, Centra and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY J. ROBINSON, Appellant. [847 NYS2d 893]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered April 13, 2006. The judgment convicted defendant, upon his plea of guilty, of attempted assault in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Gorski, Centra and Pine, JJ.